AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>23-8196MB | Date and time warrant executed:<br>4/19/2023 10:55 am | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :
  Postal Inspectors Matt Murrow and James Keenan

Inventory of the property taken and name of any person(s) seized:

EI 122 429 925 US

 - Brown cardboard box
 - White t shirt
 - Stuffed animal
 - Box of beads
 - Approximately 509.2 grams of M30 pills suspected to contain fentanyl

---

**Certification**

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____04/19/2023_____

Raymond Shepard

Digitally signed by Raymond Shepard
Date: 2023.04.19 14:42:14 -07'00'

*Executing officer's signature*

Raymond Shepard, Postal Inspector

*Printed name and title*

## UNITED STATES DISTRICT COURT

_____District of Arizona_____

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One USPS Express Mail parcel bearing USPS tracking number EI 122 429 925 US, addressed to "James Limbrick, 4009 Fair Park Blvd, Fort Worth, TX 76115," with a return address of "Christopher Jones, 915 W Alta Vista Rd, Phoenix AZ 85041." It is a brown cardboard parcel measuring 12.75" X 11.5" X 5.5"; weighing 4 pounds 4 ounces; postmarked April 17, 2023; and bearing $70.00 in postage.

**SEARCH WARRANT**

Case Number: 23-8196 mB

TO:  ANTOINE MARTEL and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, ANTOINE MARTEL, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One USPS Express Mail parcel bearing USPS tracking number EI 122 429 925 US, addressed to "James Limbrick, 4009 Fair Park Blvd, Fort Worth, TX 76115," with a return address of "Christopher Jones, 915 W Alta Vista Rd, Phoenix AZ 85041." It is a brown cardboard parcel measuring 12.75" X 11.5" X 5.5"; weighing 4 pounds 4 ounces; postmarked April 17, 2023; and bearing $70.00 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846 AND TITLE 18, UNITED STATES CODE, SECTION 1956(h). AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before___5/2/23_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___4-18-23     4:43pm___          at     __Phoenix, Arizona__
Date and Time Issued                              City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE          _____
Name and Title of Judicial Officer                Signature of Judicial Officer